IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 3:92CR00077-001BO

FILED
JAN 2 6 2006
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP. CLK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | SATISFACTION OF JUDGMENT |
| v. ) | AND |
| TRACEY LINNE JACKSON, ) | CERTIFICATE OF RELEASE OF LIEN |
| ) | |
| Defendant. ) | |

I hereby certify that the above-named defendant has satisfied the requirements of 18 U.S.C. § 3613(a)(1) with respect to the judgment enumerated below, together with all statutory additions; and that the lien for this judgment and statutory additions has thereby been released. The proper officer in the office where the Notice of Lien was filed is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition:

Place of Filing: Clerk Superior Court, Cumberland County Courthouse, P.O. Box 363, Fayetteville, NC 28301

Date of Filing: June 21, 1993

Amount of Judgment: $1,192.00

Judgment Book: 163

Judgment Page: 287

Judgment No.: 93-M-1730

This the 26th day of January, 2006.

FRANK D. WHITNEY
United States Attorney

By: /s/ Joshua B. Royster
JOSHUA B. ROYSTER
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601-1461
Telephone: (919) 856-4530

Case 3:92-cr-00077-BO   Document 1   Filed 01/26/06   Page 1 of 1