**AO 256 (Rev. 2/86)**

**CRIMINAL DOCKET · U.S. District Court**

| | | |
|---|---|---|
| PO ☐ | 417 | Assigned 03 1708 |
| Misd. ☐ | | Disp./Sentence |
| Felony ☐ | District | Off | Judge/Magistr. |

☐ WRIT
☐ JUVENILE
☐ ALIAS
OFFENSE ON INDEX CARD ▶

U.S. vs. (LAST, FIRST, MIDDLE)

**JACKSON, TRACEY LINNE**
a/k/a Tracey Lynne Jackson

Case Filed: Mo. 12 Day 22 Yr. 92
Docket No. 00077 Def. 01
No. of Def's 1
U.S. MAG CASE NO. 92-1060-M-3

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY HOLD |
|---|---|---|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery | Count 1 & 2   2 | | X |

SUPERSEDING COUNTS

## II. KEY DATE

**INTERVAL ONE**
KEY DATE: 12·14·92
☐ arrest ☐ sum'ns ☐ custody ☒ appears — on complaint
EARLIEST OF

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
KEY DATE: 12-22-92
☒ Indictment filed/unsealed
☐ consent to Magr. trial on complaint
☐ Information
☐ Felony-W/waiver
APPLICABLE

KEY DATE: 12·22·92
a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg: ☐ Ind ☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

**END INTERVAL TWO**
KEY DATE: 2-23-93
☐ Dismissal
☒ Pled ☒ Guilty   After N.G.
☐ Nolo   After nolo
☐ Trial (voir dire) began
☐ Jury ☐ N.J.
APPLICABLE

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 2-23-93 | SENTENCE DATE 6-7-93 | PTD Nolle Pros | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR ☐ REMOVAL HEARING | Date Scheduled ▶  Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | | ☐ WAIVED   ☐ NOT WAIVED | Tape Number | | |
| COMPLAINT ▶ | | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE   20  21  40  In  Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.

R. Daniel Boyce

Defense: 1 ☒ CJA.   2 ☐ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non/Other.   6 ☐ PD.   7 ☐ CD

Deft. in Custody on this Charge

Gale Adams -
AFPD
Ral. NC

70 D. : 3-1-93
90 Days Up: _____

6/7/93 NB
Sent: 5/24/93 ~~Ral~~.

**BAIL • RELEASE**

PRE-INDICTMENT
Release Date
☐ Bail Denied   ☐ Fugitive   ☐ Pers. Rec.
AMOUNT SET   ☐ PSA
$ ____   Conditions
Date Set   ☐ 10% Dep.
☐ Surety Bnd
☐ Bail Not Made   ☐ Collateral
Date Bond Made   ☐ 3rd Prty
☐ Other

POST–INDICTMENT
Release Date
☒ Bail Denied   ☐ Fugitive   ☐ Pers. Rec.
AMOUNT SET   ☐ PSA
$ ____   Conditions
Date Set   ☐ 10% Dep.
☐ Surety Bnd
☐ Bail Not Made   ☐ Collateral
Date Bond Made   ☐ 3rd Prty
☐ Other

APPEALS FEE PAYMENTS

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |

| DATE DOCUMENT NO. | Yr | Docket No. | Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE OF | VI EXCLUDABLE DELAY Start Date/End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|---|
| | 92 | 00077 | 01 | | | | | |

### V. PROCEEDINGS

CASE ASSIGNED TO JUDGES BOYLE AND MCCOTTER

| Date | No. | Proceeding | Clerk |
|---|---|---|---|
| 12-22-92 | 1 | **INDICTMENT:** cc: Judge, file, counter, magistrate, division, USA, USPO, PTS, USM. | wsc |
| 12-28-92 | | NOTE TO FAYETTEVILLE DIVISION TO FORWARD ANY MAGISTRATE PAPERS RE THIS DEFENDANT. | WSC |
| 12/29/92 | | (TRACEY LINNE JACKSON) ISSUED NOTICE for I.A. on Thur. 1/14/93 at 10AM in Fay Before Judge Dixon 3rd Floor Courtroom c: USA, Cousnel, USM, Judge Dixon, USPO, PTS, Fay Div. | jh |
| 12/14/92 | 2 | CRIMINAL COMPLAINT #92-1060M-3 | jh |
| 12/14/92 | 3 | WARRANT FOR ARREST #92-1060M-3 | jh |
| 12/14/92 | 4 | **MOTION FOR DETENTION AND CONTINUANCE OF DETENTION HEARING** - by govt c: Judge Dixon | Jh |
| 12/14/92 | | INITIAL APPEARANCE at Fay Before Judge Mason (Pro. Rec.) Deft adv. of all rights - Deft req. court appt. counsel CJA23 completed and approved - P/C set for 12/17/92 at Fay. Deft remanded to custody | jh |
| 12/14/92 | 5 | **ORDER** that the FPD provide representation in this case. **(Judge Mason)** c: fPD | Jh |
| 12/14/92 | | ISSUED NOTICE FOR PROBABLE CASUE HARING AND DETENTION HEARING - at Fay Thurs. Dec. 17, 1992 at 2PM c: USA, UsM, Joyce Todd, PTs, Judge Mason, FPD | jh |
| 12/15/92 | 6 | **ORDER OF TEMPORARY DETENTION** - 12/17/92 at 2PM at Fay **(Judge Mason)** c: USA, USPO, PTS, Judge Mason, FPD | jh |
| 12/16/92 | 7 | **NOTICE OF APPEARANCE** - by: Gale M. Adams c: USA, USPO, PTS, Judge Boyle | jh |
| 12/16/92 | 8 | **REQUEST FOR DISCOVERY** - by deft c: Judge Boyle | jh |
| 12/17/92 | | - at Fayetteville Before Judge Dixon (Proc. Rec.) Deft adv. of all rights - Req. court appt. counsel. CJA23 completed and approved - Govt moves for P/T Detention - Court finds danger to comm. and flight risk - Remanded to custody | jh |
| 12/17/92 | 9 | **ORDER** the court finds no suitable conditions of release - and Orders deft remanded to custody pending disposition of this case. **(Judge Dixon)** cys dist by Fay Div. | jh |
| 1-13-93 | 10 | **ORDER ON PRE-TRIAL SCHEDULING** - discovery by 1-8-93 MOTION to be filed no later than 1-18-93 RESPONSES to be filed no later than 1-28-93 **(Judge McCotter)** Cys: USA, COUNSEL & Judge Boyle | jm |
| 1-19-93 | 11 | **ORDER ON PRETRIAL SCHEDULING::** (McCotter) All pretrial discovery by 2-3-93 all pretrial motions by 2-15-93 All responses by 2-25-93. cc: J. Boyle, file, USA, counsel, CROB 19, pg 202 | wsc |
| 1-20-93 | 12 | **MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS::** by deft/ w/ cert. of service. cc: XXXXXXXXXXX, file. Judge McCotter | wsc |
| 1/14/93 | | **INITIAL APPEARANCE** at Fay Before Judge Dixon (Proc. Rec.) Deft adv. of rights. FPD present w/deft Deft remanded to custody of USM | jh |
| 1/28/93 | 13 | **ORDER** the PTS Order of 1/15/93 is stricken. Mtns Allowed by 2/16/93 Responses: 2/26/92. Any delay resulting from this extension is excluded **(Judge McCotter)** O.B.#20, P.26 c: USA, FPD | jh |

LETTER CODES
For identifying periods of excludable delay per 18 USC 3161 (h) (Sections in brackets.)

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]



B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed.l proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20 21 or 40 or Mag. Rule 5a [(1)(G)]

G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]



R Def. awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance H(8)(A,B)

T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,i)]
T2 Case unusual or complex [(8)(B,ii)]



T3 Indictment following arrest can't be filed in 30 days [(8)(B,iv)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal guilty plea, 3161(i)
W Grand Jury indictment time extended 30 work days, 3181 (b)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET     U. S. vs
                    TRACEY LINNE JACKSON
AO 256A

92-77-01-CR-3
Yr. | Docket No. | Def.

| DATE 1993 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 2-16-93 | **ISSUED NOTICE TO APPEAR** - for arraignment and trial on Monday, Feb. 22, 1993 at 10 A.M. in Raleigh, NC before Judge Boyle - Cys: USA, USM, USPS, USPO & Judge Boyle | jm |
| 2-23-93 | **AT RALEIGH - JUDGE BOYLE - C.R. DONNA TOMAWSKI** Deft. appeared with counsel  Deft. sworn - deft. competent  Rule 11 conducted  **NO MEMORANDUM OF PLEA AGREEMENT FILED**  Plea of guilty to Cts. 1 & 2  Govt. summarized evidence  Factual basis exists  Plea made freely & voluntarily  Court accepts plea  Bond: deft. to remain in custody  Sent: proposed 5-24-93 - Raleigh | jm |
| 5-21-93 | **NOTICE::** to appear in NB on Monday 6-7-93 at 9:30 a.m. for sentencing before J. Boyle in 2nd floor courtroom.  cc: USA, counsel, USM, USPO, J. Boyle | wsc |
| 6-7-93 | **AT NEW BERN BEFORE JUDGE BOYLE::** C.R. Lib Leonard  14. Judgement and Committment:  BOP - 44 mths (Ct. 1 & 2 Consolidated for Judgemnt)  deft. is to recevie credit for time served awaiting imposition of sentence in this matter  Supervised Release - 3 yrs. Ct. 1  - 3 years Ct. 2 concurrent w/Ct. 1  Conditions: deft. will not use/associate w/any illegal drugs/ controlled substances.  deft. will not possess any illegal drugs  deft. will not possess/use any firearm/dangerous weapons  deft. shall remain gainfully employed.  deft. shall participate in any substance abuse treatment/counseling program as directed by USPO which will include uriralysis/other drug detection measure and may require participation in or residence in a treatment facility.  deft. shall pay a special assessemtn of $100.00  deft. shall make restitution to First Citizens BAnk P.O. BOX 29515, Raleigh, N.C. in the amount of $1092.00  deft. will not open new lines of credit w/o USPO approval.  Court recommends incarceration at FCI Butner if possible and that deft. receive substance abuse prevention treatment while serving active sentence.  (**ENTERED::** 6-8-93) cc: USA, USPO-3, USM-3, counsel, file, PTS, J. Boyle, OB 51 , pg. 34 | wsc |
| 6-7-93 | PSR filed under seal. | wsc |
| 8-12-93 | 15 **RETURN ON J&C:** executed on 7-017-93 by BOP delivery to FCI- Petersburg | wsc |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 2/10/97 | **ORDER AND PETITION FOR ACTION ON SUPERVISED RELEASE** - that Sup. Rel be modified as follows: The deft. shall undergo placement in a community corrections cntr. for a period of 3 months as arranged by USPO and shall abide by the conditions of that pgm. during said placement.(BOYLE) OB8, p. 214; cys dist. (ent. 2/12/97) | | | b11 | |
| 4/29/97 | **MOTION FOR REVOCATION** - Of Supervised Release filed by USPO. lc: USA, USPO, USM, Judge Boyle | | pm | | |
| 4/29/97 | **REQUEST FOR ARREST WARRANT** - Filed by USPO | | pm | | |
| 4/29/97 | **WARRANT FOR ARREST** - Issued. Orig USM  lc: USPO, USA | | pm | | |
| 6/11/97 | **AMENDED MOTION FOR REVOCATION** - by USPO; cy: J. Boyle | | b11 | | |
| 6/13/97 | **WARRANT ISSUED** - on 6/13/97 by USPO; cys to USMS  b11 | | | | |
| 6/27/97 | **RETURN ON WARRANT** - deft. arrested on 6/24/97 at Raleigh | | b11 | | |
| 7/1/97 | **ORDER** that the Federal Public Defender provide counsel in this case (Judge Dixon) cys dist  h | | | | |
| 7/2/97 | **REISSUED NOTICE TO APPEAR FOR REVOCATION HRG.** - set for 7/28/97 10am in Raleigh before J. Boyle; cys dist.  b11 | | | | |
| 7/30/97 | **PROBATION REVOCATION HEARING - AT RALEIGH - C.R. JO BUSH** Deft. admits to violation and court sentenced deft. to (90) days with credit for time served - supervised release terminated. Written order from probation to follow.  jm | | | | |
| 8/4/97 | **JUDGMENT** - that the sup. rel. term be revoked effective immediately & the deft. is ordered committed to BOP for imprisonment for 90 days. The deft. is to be given credit for time spent in custody while awaiting this hrg. (BOYLE) OB10, p. 150; cys dist. (BOYLE) (ent. 8/5/97)  b11 | | | | |
| 9/3/97 | **RETURN ON JUDGMENT** - inmate was recv/d into BOP custody at Vance Co. Jail on 8/13/97.  b11 | | | | |